UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MARCELLA BROWN, INDIVIDUALLY AND AS
PROPOSED ADMINISTRATRIX OF THE ESTATE OF
KEVIN C. BROWN,
DECEASED,

Docket No.: 16-cv-00054

**NOTICE OF APPEARANCE**

Plaintiff,

-against-

COUNTY OF NASSAU, NASSAU COUNTY
CORRECTIONAL CENTER, NASSAU COUNTY
SHERRIFF'S DEPARTMENT, MICHAEL J. SPOSATO,
Individually and as Sherriff of Nassau County,
ARMOR CORRECTIONAL HEALTH SERVICES,
INC.,
ARMOR CORRECTIONAL HEALTH SERVICES OF
NEW YORK, INC., NASSAU COUNTY
CORRECTIONS
OFFICERS, "JOHN DOES 1-10" in their individual and
Official capacities, ARMOR CORRECTIONAL
HEALTH
SERVICES, INC. EMPLOYEES and AGENTS "JOHN
And JANE DOES 11-20, "in their individual and official
Capacities,

Defendants.
-----------------------------------------------------------------X

**TO:** The Clerk of the Court and all parties of record.

**PLEASE TAKE NOTICE**, that I, MICHAEL C. O'MALLEY, ESQ, am admitted to practice in this Court and I appear in the above-captioned action as Counsel and attorneys for plaintiff MARCELLA BROWN, INDIVIDUALLY AND AS PROPOSED ADMINISTRATRIX OF THE ESTATE OF KEVIN C. BROWN, DECEASED.

**PLEASE TAKE FURTHER NOTICE,** that all pleadings, notices, exchanges, disclosures, etc., and all correspondence relating to this action must also be served upon DELL & DEAN, PLLC.

Dated: Garden City, NY
February 2, 2017

                                      Yours, etc.

                                      Joseph G. Dell, Esq.(JD-7315)
                                      Michael C. O'Malley (MO-0317)
                                      DELL & DEAN, PLLC
                                      Attorney for Plaintiff
                                      MARCELLA BROWN, INDIVIDUALLY AND
                                      OF PROPOSED ADMINISTRATRIX OF THE
                                      ESTATE OF KEVIN C. BROWN,
                                      DECEASED
                                      1225 Franklin Avenue
                                      Suite 450
                                      Garden City, NY 11530
                                      (516) 880-9700

TO:

COUNTY ATTORNEY OF NASSAU COUNTY
1 West Street
Mineola, NY 11501

BARTLETT, MC DONOUGH & MONAGHAN, LLP.
170 Old Country Road
Suite 400
Mineola, NY 11501

LEWIS, BRISBOIS, BISGAARD & SMITH, LLP
77 Water Street
21st Floor
New York, NY 10005

Liora M. Ben-Sorek Nassau County Attorney's Office
1 West Street
Mineola, NY 11501

2