UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
MARCELLA BROWN, Individually, and as
Administratrix of the Estate of KEVIN C. BROWN,
Deceased,

                              Plaintiffs,

      -against-

COUNTY OF NASSAU, NASSAU COUNTY
CORRECTIONAL CENTER, NASSAU COUNTY
SHERRIFF'S DEPARTMENT, MICHAEL J. SPOSATO,
Individually, and as Sherriff of Nassau County,
ARMOR CORRECTIONAL HEALTH SERVICES, INC.,
ARMOR CORRECTIONAL HEALTH SERVICES OFNEW
YORK, INC., NASSAU COUNTY CORRECTIONS
OFFICERS, "JOHN DOES 1-10" in their Individual and
Official Capacities, ARMOR CORRECTIONAL HEALTH
SERVICES, INC. EMPLOYEES and AGENTS "JOHN
And JANE DOES 11-20, "in their Individual and
Official Capacities,

                              Defendants.
-------------------------------------------------------------------X

Docket No.: 16-cv-00054
        (DLI)(AYS)

**NOTICE OF
WITHDRAWAL OF
APPEARANCE OF
MICHAEL C. O'MALLEY**

**TO:** The Clerk of Court and all Parties of Record

     **PLEASE TAKE NOTICE** that MICHAEL C. O'MALLEY, is no longer with the firm of Dell & Dean, PLLC., and hereby withdraws his appearance as counsel for Plaintiff(s). Mr. O'Malley's name should be removed from the Court's and the parties' service lists.

     **PLEASE TAKE FURTHER NOTICE,** that all pleadings, notices, exchanges, disclosures, etc., and all correspondence relating to this action should still be served upon DELL & DEAN, PLLC.

Dated: Garden City, New York
       April 9, 2019

        Yours, etc.

        DELL & DEAN, PLLC
        *Attorneys for Plaintiff*

By:    */s/ Joseph Dell*
        Joseph G. Dell, Esq. (JD-7315)
        1225 Franklin Avenue
        Suite 450
        Garden City, New York 11530
        Telephone: (516) 880-9700
        Facsimile: (516) 880-9707