DELL&DEAN, PLLC
ATTORNEYS AT LAW

1225 FRANKLIN AVENUE, SUITE 450
GARDEN CITY, NEW YORK 11530
OFFICE 516.880.9700
www.D2TrialLaw.com

March 16, 2022

**VIA ECF ONLY**
District Judge Dora Lizette Irizarry
United States District Court, Eastern District of New York
100 Federal Court Plaza
Central Islip, New York 11722

**RE: Brown v. County of Nassau, et al.**
**Docket No.: 16-cv-00054(DLI)(AYS)**

Dear Judge Irizarry:

The undersigned represents the Plaintiff in the above-captioned matter. Please accept this correspondence on behalf of all parties in accordance with Your Honor's directives for a status update on or before March 18, 2022

As and for an update, the Surrogate's Court filing is complete as of March 10, 2022 with the filing of the amended account and waivers of the distributees interested in Marcella Brown's estate. We are now waiting for Surrogate Kelly's decision to approve the compromise. The estate attorney expects to receive the Order within the next month.

Therefore, the parties are jointly and respectfully, requesting sixty (60) days to submit a status on this matter to Your Honor.

Respectfully Submitted,
*/s/ Kristen Sinnott*
Kristen N. Sinnott, Esq. (KS-7707)

CC: Counsel of Record via ECF, only