DELL & DEAN, PLLC

ATTORNEYS AT LAW

**1225 FRANKLIN AVENUE, SUITE 450**
**GARDEN CITY, NEW YORK 11530**
**OFFICE 516.880.9700**
**www.D2TrialLaw.com**

May 23, 2022

**VIA ECF ONLY**
District Judge Dora Lizette Irizarry
United States District Court, Eastern District of New York
100 Federal Court Plaza
Central Islip, New York 11722

**RE: Brown v. County of Nassau, et al.**
**Docket No.: 16-cv-00054(DLI)(AYS)**

Dear Judge Irizarry:

The undersigned represents the Plaintiff in the above-captioned matter. Please accept this correspondence on behalf of all parties in accordance with Your Honor's directives for a status update. The undersigned apologies for the delay.

As and for an update, Surrogate's Court issued a Decree on May 10, 2022, approving and confirming the CONFIDENTIAL settlement in this matter. A copy has not been attached to the filing of this correspondence to ensure the terms are kept confidential.

The parties are ensuring all the remaining documentation is executed in an expeditious manner, accordingly. Therefore, the parties are jointly and respectfully, requesting thirty (30) days to file a Stipulation of Dismissal.

Thank you for your time and consideration in this matter. This matter could not have been resolved without the time and assistance from this honorable court.

Respectfully Submitted,
*/s/ Kristen Sinnott*
Kristen N. Sinnott, Esq. (KS-7707)

CC: Counsel of Record via ECF, only