UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

MARCELLA BROWN, Individually, and as Administratrix of The Estate of KEVIN C. BROWN, Deceased,

Plaintiffs,

-against-

COUNTY OF NASSAU, NASSAU COUNTY CORRECTIONAL CENTER, NASSAU COUNTY SHERIFF'S DEPARTMENT, MICHAEL J. SPOSATO, Individually and as Sheriff of Nassau County, ARMOR CORRECTIONAL HEALTH SERVICES, INC., ARMOR CORRECTIONAL HEALTH SERVICES OF NEW YORK, INC., NASSAU COUNTY CORRECTIONS OFFICERS, "JOHN DOES 1-10," In their Individual and Official Capacities, ARMOR CORRECTIONAL HEALTH SERVICES, INC. EMPLOYEES and AGENTS, "JOHN and JANE DOES 11-20," in their Individual and Official Capacities,

Defendants.

------------------------------------------------------------------x

Docket No. 2:16-cv-00054 (DLI-AYS)

**STIPULATION OF DISMISSAL AS TO THE ARMOR DEFENDANTS**

**IT IS HEREBY STIPULATED AND AGREED** by and among the plaintiffs and the defendants, ARMOR CORRECTIONAL HEALTH SERVICES, INC., ARMOR CORRECTIONAL HEALTH SERVICES OF NEW YORK, INC. & ARMOR CORRECTIONAL HEALTH SERVICES, INC. EMPLOYEES and AGENTS, "JOHN AND JANE DOES 11-20," in their Individual and Official Capacities (collectively, the "Armor Defendants"), who have appeared through their respective undersigned attorneys, that the above captioned action, having been settled, is voluntarily dismissed, **as to the Armor Defendants *only***, with prejudice, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

DATED: New York, New York
June 23, 2022

*Kristen Sinnott*

By: Kristen Sinnott, Esq. (KS-7707)
DELL & DEAN, PLLC
*Attorneys for Plaintiffs*
1225 Franklin Avenue
Suite 450
Garden City, NY 11530
(516) 880-9700
Email: ksinnott@d2triallaw.com

By: Cathleen Kelly Rebar, Esq. (CK-4760)
REBAR KELLY
*Attorneys for Defendants*
*ARMOR CORRECTIONAL HEALTH SERVICES, INC., ARMOR CORRECTIONAL HEALTH SERVICES OF NEW YORK, INC. and ARMOR CORRECTIONAL HEALTH SERVICES, INC. EMPLOYEES and AGENTS, "JOHN and JANE DOES 11-20"*
424 Madison Avenue – Suite 1001
New York, NY 10017
(212) 858-9970
Email: crebar@rebarkelly.com